Hearing Date:
Hearing Time:
Location: 219 S. Dearborn St., Courtroom
 Chicago, IL 60604

# UNITED STATES BANKRUPTCY COURT
# DISTRICT OF

| | | |
|---|---|---|
| In re: | § | Chapter 7 |
| | § | |
| SCHNEIDER, EARL M. | § | Case No. 07-03091 |
| FDBA Estheique Wellness Spa Inc | § | |
| FDBA Earl Schneider DDS, Ltd. | § | Hon. Susan Pierson Sonderby |
| Debtor | § | |

## TRUSTEE'S FINAL REPORT (TFR)

The undersigned trustee hereby makes this Final Report and states as follows:

1. A petition under chapter ___ of the United States Bankruptcy Code was filed on ___. The undersigned trustee was appointed on ___.

2. The trustee faithfully and properly fulfilled the duties enumerated in 11 U.S.C. §704.

3. All scheduled and known assets of the estate have been reduced to cash, released to the debtor as exempt property pursuant to 11 U.S.C. § 522, or have been or will be abandoned pursuant to 11 U.S.C. § 554. An individual estate property record and report showing the disposition of all property of the estate is attached as **Exhibit A**.

4. The trustee realized gross receipts of           $

   Funds were disbursed in the following amounts:

   Payments made under an interim
   disbursement
   Administrative expenses
   Other payments to creditors
   Non-estate funds paid to 3rd Parties
   Exemptions paid to the debtor
   Other payments to the debtor

   Leaving a balance on hand of[1]         $

The remaining funds are available for distribution.

---

[1] The balance of funds on hand in the estate may continue to earn interest until disbursed. The interest earned prior to disbursement will be distributed pro rata to creditors within each priority category. The trustee may receive additional compensation not to exceed the maximum compensation set forth under 11 U.S.C. §326(a) on account of the disbursement of the additional interest.

UST Form 101-7-TFR (10/1/2010) *(Page: 1)*

5. Attached as **Exhibit B** is a cash receipts and disbursements record for each estate bank account.

6. The deadline for filing non-governmental claims in this case was _____ and the deadline for filing governmental claims was _____. All claims of each class which will receive a distribution have been examined and any objections to the allowance of claims have been resolved. If applicable, a claims analysis, explaining why payment on any claim is not being made, is attached as **Exhibit C**.

7. The Trustee's proposed distribution is attached as **Exhibit D**.

8. Pursuant to 11 U.S.C. § 326(a), the maximum compensation allowable to the trustee is $_____. To the extent that additional interest is earned before case closing, the maximum compensation may increase.

The trustee has received $_____ as interim compensation and now requests a sum of $_____, for a total compensation of $_____ [2]. In addition, the trustee received reimbursement for reasonable and necessary expenses in the amount of $_____, and now requests reimbursement for expenses of $_____, for total expenses of $_____ [2].

Pursuant to Fed R Bank P 5009, I hereby certify, under penalty of perjury, that the foregoing report is true and correct.

Date:_____  By:/s/JAY A. STEINBERG, TRUSTEE_____
                                                    Trustee

**STATEMENT**: This Uniform Form is associated with an open bankruptcy case, therefore, Paperwork Reduction Act exemption 5 C.F.R. § 1320.4(a)(2) applies.

---

[2] If the estate is administratively insolvent, the dollar amounts reflected in this paragraph may be higher than the amounts listed in the Trustee's Proposed Distribution (Exhibit D).

UST Form 101-7-TFR (10/1/2010) *(Page: 2)*

FORM 1

INDIVIDUAL ESTATE PROPERTY RECORD AND REPORT

ASSET CASES

Page: 1

Exhibit A

| Case No: | 07-03091 | SPS | Judge: SUSAN PIERSON SONDERBY | Trustee Name: | JAY A. STEINBERG, TRUSTEE |
|---|---|---|---|---|---|
| Case Name: | SCHNEIDER, EARL M. | | | Date Filed (f) or Converted (c): | 02/22/07 (f) |
| | FDBA Estheique Wellness Spa Inc; FD | | | 341(a) Meeting Date: | 03/16/07 |
| For Period Ending: | 07/27/11 | | | Claims Bar Date: | 08/12/10 |

| 1 | 2 | 3 | 4 | 5 | 6 |
|---|---|---|---|---|---|
| Asset Description<br>(Scheduled and Unscheduled (u) Property) | Petition/<br>Unscheduled<br>Values | Estimated Net Value<br>(Value Determined by Trustee,<br>Less Liens, Exemptions,<br>and Other Costs) | Property<br>Abandoned<br>OA=554(a) Abandon<br>DA=554(c) Abandon | Sale/Funds<br>Received by<br>the Estate | Asset Fully Administered (FA)/<br>Gross Value of Remaining Assets |
| 1. CASH | 60.00 | 0.00 | | 0.00 | FA |
| 2. CHECKING ACCOUNT<br>    Associated Bank | 200.00 | 0.00 | | 0.00 | FA |
| 3. HOUSEHOLD GOODS AND FURNISHINGS<br>    pool table, 2 dining room set | 400.00 | 0.00 | DA | 0.00 | FA |
| 4. BOOKS / PICTURES<br>    various CD's, family pictures, vintage posters | 150.00 | 0.00 | DA | 0.00 | FA |
| 5. WEARING APPAREL<br>    normal wearing apparel | 400.00 | 0.00 | | 0.00 | FA |
| 6. FURS AND JEWELRY<br>    Raymond Weil watch, leather jacket | 1,000.00 | 0.00 | | 0.00 | FA |
| 7. SPORTS AND HOBBY EQUIPMENT<br>    golf equipment & accessories, cigar box | 50.00 | 0.00 | | 0.00 | FA |
| 8. RETIREMENT PLANS<br>    401(k) plan through employment (loan against $12,000) | 26,000.00 | 0.00 | | 0.00 | FA |
| 9. INTERESTS IN BUSINESS<br>    Earl Schneider, DDS, SC 100% (defunct 2005) | Unknown | 0.00 | | 0.00 | FA |
| 10. INTERESTS IN BUSINESS<br>    Earl Schneider DDS, PC - goodwill, a/r (unknown) | Unknown | 0.00 | | 0.00 | FA |
| 11. INTERESTS IN BUSINESS<br>    Esthetique Spa, no longer operating (defunct) | 0.00 | 0.00 | | 0.00 | FA |
| 12. ACCOUNTS RECEIVABLE<br>    various A/R from Esthetique Spa | 19,828.00 | 19,828.00 | | 0.00 | FA |
| 13. COPYRIGHTS<br>    copyright to logo from previous business | Unknown | 0.00 | | 0.00 | FA |
| 14. AUTOMOBILE | 0.00 | 0.00 | | 0.00 | FA |

**FORM 1**
**INDIVIDUAL ESTATE PROPERTY RECORD AND REPORT**
**ASSET CASES**

Page: 2
Exhibit A

| Case No: | 07-03091 SPS Judge: SUSAN PIERSON SONDERBY | Trustee Name: | JAY A. STEINBERG, TRUSTEE |
|---|---|---|---|
| Case Name: | SCHNEIDER, EARL M. | Date Filed (f) or Converted (c): | 02/22/07 (f) |
| | FDBA Estheique Wellness Spa Inc; FD | 341(a) Meeting Date: | 03/16/07 |
| | | Claims Bar Date: | 08/12/10 |

| 1 | 2 | 3 | 4 | 5 | 6 |
|---|---|---|---|---|---|
| Asset Description (Scheduled and Unscheduled (u) Property) | Petition/ Unscheduled Values | Estimated Net Value (Value Determined by Trustee, Less Liens, Exemptions, and Other Costs) | Property Abandoned OA=554(a) Abandon DA=554(c) Abandon | Sale/Funds Received by the Estate | Asset Fully Administered (FA)/ Gross Value of Remaining Assets |
| 15. AUTOMOBILES  2006 Infiniti G35 -lease - debtor's name on vehicle, son maintains | 45,000.00 | 0.00 | | 0.00 | FA |
| 16. AUTOMOBILES  2006 Jeep Commander (surrendered) | 0.00 | 0.00 | | 0.00 | FA |
| 17. OFFICE EQUIPMENT  2007 Acura LDX- lease | 200.00 | 0.00 | | 0.00 | FA |
| 18. EQUIPMENT USED IN BUSINESS  home equipment and accessories, 4 years old | Unknown | 0.00 | | 0.00 | FA |
| 19. ANIMALS  x-ray machines: 1 Belmont, 1 Yoshida, 2 Gendex, 4 dental chairs | 50.00 | 0.00 | | 0.00 | FA |
| 20. Fradulent Conveyance (u)  bird | 0.00 | 0.00 | | 75,000.00 | FA |
| INT. Post-Petition Interest Deposits (u)  Claim to recover transfer of real & personal property to Debtor's mother; | Unknown | N/A | | 23.62 | Unknown |

|  | | | | | Gross Value of Remaining Assets |
|---|---|---|---|---|---|
| TOTALS (Excluding Unknown Values) | $93,338.00 | $19,828.00 | | $75,023.62 | $0.00 |
| | | | | | (Total Dollar Amount in Column 6) |

_____

Major activities affecting case closing which are not reflected above, and matters pending, date of hearing or sale, and other action:

Trustee obtained $196,000 judgment on account of fraudulent conveyance of real and personal property to Debtor's mother. Due to financial and collection issues, TR obtained court approval of settlement and collected $75,000 on judgment. TR worked to resolve claim issues. Debtor objected to Trustee's proposed settlement of certain claims (parties briefed the issues and presented argumements to court). Court ruled in favor of Trustee's proposed settlement.

**FORM 1**
**INDIVIDUAL ESTATE PROPERTY RECORD AND REPORT**
**ASSET CASES**

Page: 3
Exhibit A

| | | | |
|---|---|---|---|
| Case No: | 07-03091   SPS   Judge: SUSAN PIERSON SONDERBY | Trustee Name: | JAY A. STEINBERG, TRUSTEE |
| Case Name: | SCHNEIDER, EARL M. | Date Filed (f) or Converted (c): | 02/22/07 (f) |
| | FDBA Estheique Wellness Spa Inc; FD | 341(a) Meeting Date: | 03/16/07 |
| | | Claims Bar Date: | 08/12/10 |

Trustee resolved remaining claim issues.

Initial Projected Date of Final Report (TFR): 03/30/09       Current Projected Date of Final Report (TFR): 12/31/11

FORM 2

ESTATE CASH RECEIPTS AND DISBURSEMENTS RECORD

Page: 1

Exhibit B

| Case No: | 07-03091 -SPS | | Trustee Name: | JAY A. STEINBERG, TRUSTEE |
|---|---|---|---|---|
| Case Name: | SCHNEIDER, EARL M. | | Bank Name: | BANK OF AMERICA, N.A. |
| | FDBA Estheique Wellness Spa Inc; FD | | Account Number / CD #: | *******2427  BofA - Money Market Account |
| Taxpayer ID No: | *******2710 | | | |
| For Period Ending: | 07/27/11 | | Blanket Bond (per case limit): | $ 5,000,000.00 |
| | | | Separate Bond (if applicable): | |

| 1 | 2 | 3 | 4 | | 5 | 6 | 7 |
|---|---|---|---|---|---|---|---|
| Transaction Date | Check or Reference | Paid To / Received From | Description Of Transaction | Uniform Trans. Code | Deposits ($) | Disbursements ($) | Account / CD Balance ($) |
| | | | BALANCE FORWARD | | | | 0.00 |
| 05/07/10 | 20 | Sarah I. Schneider | Fraudulent Transfer Adv. Settlement | 1141-000 | 75,000.00 | | 75,000.00 |
| | | | Proceeds of settlement of fraudulent transfer adversary proceeding approved per BK Court order dated 4-14-10    May 07, 2010, 12:41 pm | | | | |
| 05/28/10 | INT | BANK OF AMERICA, N.A. | Interest Rate  0.050 | 1270-000 | 2.04 | | 75,002.04 |
| 06/30/10 | INT | BANK OF AMERICA, N.A. | Interest Rate  0.050 | 1270-000 | 3.09 | | 75,005.13 |
| 07/30/10 | INT | BANK OF AMERICA, N.A. | Interest Rate  0.050 | 1270-000 | 3.18 | | 75,008.31 |
| 08/31/10 | INT | BANK OF AMERICA, N.A. | Interest Rate  0.050 | 1270-000 | 3.19 | | 75,011.50 |
| 09/30/10 | INT | BANK OF AMERICA, N.A. | Interest Rate  0.050 | 1270-000 | 3.08 | | 75,014.58 |
| 10/29/10 | INT | BANK OF AMERICA, N.A. | Interest Rate  0.050 | 1270-000 | 3.18 | | 75,017.76 |
| 11/03/10 | | Transfer to Acct #*******2430 | Bank Funds Transfer | 9999-000 | | 26,017.05 | 49,000.71 |
| | | | Transfer funds to pay allowed compensation to professionals A& L per court order dtd 11-2-10.  ecb | | | | |
| 11/30/10 | INT | BANK OF AMERICA, N.A. | Interest Rate  0.030 | 1270-000 | 1.34 | | 49,002.05 |
| 12/31/10 | INT | BANK OF AMERICA, N.A. | Interest Rate  0.030 | 1270-000 | 1.25 | | 49,003.30 |
| 01/31/11 | INT | BANK OF AMERICA, N.A. | Interest Rate  0.030 | 1270-000 | 1.25 | | 49,004.55 |
| 02/28/11 | INT | BANK OF AMERICA, N.A. | Interest Rate  0.010 | 1270-000 | 0.38 | | 49,004.93 |
| 03/31/11 | INT | BANK OF AMERICA, N.A. | Interest Rate  0.010 | 1270-000 | 0.42 | | 49,005.35 |
| 04/29/11 | INT | BANK OF AMERICA, N.A. | Interest Rate  0.010 | 1270-000 | 0.40 | | 49,005.75 |
| 05/20/11 | | Transfer to Acct #*******2430 | Bank Funds Transfer | 9999-000 | | 122.36 | 48,883.39 |
| 05/31/11 | INT | BANK OF AMERICA, N.A. | Interest Rate  0.010 | 1270-000 | 0.42 | | 48,883.81 |
| 06/30/11 | INT | BANK OF AMERICA, N.A. | Interest Rate  0.010 | 1270-000 | 0.40 | | 48,884.21 |

FORM 2

Page: 2

ESTATE CASH RECEIPTS AND DISBURSEMENTS RECORD

Exhibit B

| | |
|---|---|
| Case No: | 07-03091 -SPS |
| Case Name: | SCHNEIDER, EARL M. |
| | FDBA Estheique Wellness Spa Inc; FD |
| Taxpayer ID No: | *******2710 |
| For Period Ending: | 07/27/11 |

| | |
|---|---|
| Trustee Name: | JAY A. STEINBERG, TRUSTEE |
| Bank Name: | BANK OF AMERICA, N.A. |
| Account Number / CD #: | *******2427  BofA - Money Market Account |
| Blanket Bond (per case limit): | $ 5,000,000.00 |
| Separate Bond (if applicable): | |

| 1 | 2 | 3 | 4 | 5 | 6 | 7 |
|---|---|---|---|---|---|---|
| Transaction Date | Check or Reference | Paid To / Received From | Description Of Transaction | Uniform Trans. Code | Deposits ($) | Disbursements ($) | Account / CD Balance ($) |

Account *******2427

| | | | | | |
|---|---|---|---|---|---|
| | Balance Forward | 0.00 | | | |
| 1 | Deposits | 75,000.00 | 0 | Checks | 0.00 |
| 14 | Interest Postings | 23.62 | 0 | Adjustments Out | 0.00 |
| | | | 2 | Transfers Out | 26,139.41 |
| | Subtotal | $ 75,023.62 | | | |
| | | | | Total | $ 26,139.41 |
| 0 | Adjustments In | 0.00 | | | |
| 0 | Transfers In | 0.00 | | | |
| | Total | $ 75,023.62 | | | |

UST Form 101-7-TFR (10/1/2010) *(Page: 7)*

LFORM2T4

Ver: 16.02b

FORM 2

Page: 3

ESTATE CASH RECEIPTS AND DISBURSEMENTS RECORD

Exhibit B

| Case No: | 07-03091 -SPS | | Trustee Name: | JAY A. STEINBERG, TRUSTEE |
|---|---|---|---|---|
| Case Name: | SCHNEIDER, EARL M. | | Bank Name: | BANK OF AMERICA, N.A. |
| | FDBA Estheique Wellness Spa Inc; FD | | Account Number / CD #: | *******2430  BofA - Checking Account |
| Taxpayer ID No: | *******2710 | | | |
| For Period Ending: | 07/27/11 | | Blanket Bond (per case limit): | $ 5,000,000.00 |
| | | | Separate Bond (if applicable): | |

| 1 | 2 | 3 | 4 | | 5 | 6 | 7 |
|---|---|---|---|---|---|---|---|
| Transaction Date | Check or Reference | Paid To / Received From | Description Of Transaction | Uniform Trans. Code | Deposits ($) | Disbursements ($) | Account / CD Balance ($) |
| | | | BALANCE FORWARD | | | | 0.00 |
| 11/03/10 | | Transfer from Acct #*******2427 | Bank Funds Transfer | 9999-000 | 26,017.05 | | 26,017.05 |
| | | | Transfer funds to pay allowed compensation to professionals A& L per court order dtd 11-2-10.  ecb | | | | |
| 11/03/10 | 003001 | ARNSTEIN & LEHR LLP<br>120 SOUTH RIVERSIDE PLAZA<br>SUITE 1200<br>CHICAGO, IL  60606 | ATTORNEY FOR TRUSTEE<br>Allowed Compensation per court order dtd 11-2-10 | 3210-000 | | 25,000.00 | 1,017.05 |
| 11/03/10 | 003002 | ARNSTEIN & LEHR LLP<br>120 SOUTH RIVERSIDE PLAZA<br>SUITE 1200<br>CHICAGO, IL  60606 | ATTORNEY FOR TRUSTEE<br>Expense Allowance per Court Order dtd 11-2-10 | 3220-000 | | 1,017.05 | 0.00 |
| 05/20/11 | | Transfer from Acct #*******2427 | Bank Funds Transfer | 9999-000 | 122.36 | | 122.36 |
| 05/20/11 | 003003 | International Sureties, Ltd.<br>Suite 420<br>701 Poydras Street<br>New Orleans   LA  70139 | TR Blanket Bond Premium<br>Bond #016026455 | 2300-000 | | 122.36 | 0.00 |

| Account *******2430 | Balance Forward | 0.00 | | | |
|---|---|---|---|---|---|
| 0 | Deposits | 0.00 | 3 | Checks | 26,139.41 |
| 0 | Interest Postings | 0.00 | 0 | Adjustments Out | 0.00 |
| | | | 0 | Transfers Out | 0.00 |
| | Subtotal | $ 0.00 | | | |
| 0 | Adjustments In | 0.00 | | Total | $ 26,139.41 |
| 2 | Transfers In | 26,139.41 | | | |
| | Total | $ 26,139.41 | | | |

FORM 2

ESTATE CASH RECEIPTS AND DISBURSEMENTS RECORD

Page: 4
Exhibit B

| Case No: | 07-03091 -SPS | Trustee Name: | JAY A. STEINBERG, TRUSTEE |
|---|---|---|---|
| Case Name: | SCHNEIDER, EARL M. | Bank Name: | BANK OF AMERICA, N.A. |
| | FDBA Estheique Wellness Spa Inc; FD | Account Number / CD #: | *******2430 BofA - Checking Account |
| Taxpayer ID No: | *******2710 | | |
| For Period Ending: | 07/27/11 | Blanket Bond (per case limit): | $ 5,000,000.00 |
| | | Separate Bond (if applicable): | |

| 1 | 2 | 3 | 4 | 5 | 6 | 7 |
|---|---|---|---|---|---|---|
| Transaction Date | Check or Reference | Paid To / Received From | Description Of Transaction | Uniform Trans. Code | | |
| | | | | | Deposits ($) | Disbursements ($) | Account / CD Balance ($) |

| | Report Totals | | Balance Forward | 0.00 | | | |
|---|---|---|---|---|---|---|---|
| | 1 | | Deposits | 75,000.00 | 3 | Checks | 26,139.41 |
| | 14 | | Interest Postings | 23.62 | 0 | Adjustments Out | 0.00 |
| | | | | | 2 | Transfers Out | 26,139.41 |
| | | | Subtotal | $ 75,023.62 | | | |
| | | | | | | Total | $ 52,278.82 |
| | 0 | | Adjustments In | 0.00 | | | |
| | 2 | | Transfers In | 26,139.41 | | | |
| | | | Total | $ 101,163.03 | | Net Total Balance | $ 48,884.21 |

UST Form 101-7-TFR (10/1/2010) *(Page: 9)*

LFORM2T4

Ver: 16.02b

EXHIBIT C
ANALYSIS OF CLAIMS REGISTER

| Case Number: 07-03091 | | Page 1 | | | Date: July 27, 2011 |
| --- | --- | --- | --- | --- | --- |
| Debtor Name: SCHNEIDER, EARL M. | | Claim Type Sequence | | | |

| Code # | Creditor Name & Address | Claim Class | Notes | Amount Allowed | Paid to Date | Claim Balance |
| --- | --- | --- | --- | --- | --- | --- |
| 001 2100-00 | Jay A. Steinberg, Trustee<br>35 East Wacker Drive<br>Suite 1550<br>Chicago IL 60601 | Administrative | | $5,000.00 | $0.00 | $5,000.00 |
| | Subtotal For Claim Type 2100-00  Trustee Compensation | | | $5,000.00 | $0.00 | $5,000.00 |
| 001 3210-00 | ARNSTEIN & LEHR LLP<br>120 SOUTH RIVERSIDE PLAZA<br>SUITE 1200<br>CHICAGO, IL 60606 | Administrative | | $25,000.00 | $25,000.00 | $0.00 |
| 001 3210-00 | Baldi Berg & Wallace<br>19 S. LaSalle Street<br>Suite 1500<br>Chicago IL 60603 | Administrative | | $6,000.00 | $0.00 | $6,000.00 |
| | Subtotal For Claim Type 3210-00  Attorney for Trustee Fees (Other Fi | | | $31,000.00 | $25,000.00 | $6,000.00 |
| 001 3220-00 | ARNSTEIN & LEHR LLP<br>120 SOUTH RIVERSIDE PLAZA<br>SUITE 1200<br>CHICAGO, IL 60606 | Administrative | | $1,017.05 | $1,017.05 | $0.00 |
| | Subtotal For Claim Type 3220-00  Attorney for Trustee Expenses | | | $1,017.05 | $1,017.05 | $0.00 |
| 000009 050 4110-00 | Associated Bank<br>1305 Main Street<br>Stevens Point, WI 54481 | Secured | Amended by Claim 10 | $0.00 | $0.00 | $0.00 |
| | Subtotal For Claim Type 4110-00  Real Estate - Consensual Liens | | | $0.00 | $0.00 | $0.00 |
| 000004 051 5100-00 | Marshal P Morris , assignee J. Schneider<br>2150 East Lake Cook Rd Suite 570<br>Buffalo Grove, IL 60089 | Priority | claim assigned by J. Schneider to M. Morris (7/7/11 dkt #91)<br><br>TR negotiated settlement of claim:  $15,716.00 to be allowed as 507(a)(1) priority and $63,273 as general unsecured priority;  Debtor objected to proposed settlement; Settlement approved 7/7/11 following briefs and oral argument | $15,716.00 | $0.00 | $15,716.00 |
| | Subtotal For Claim Type 5100-00  Domestic Support Obligations | | | $15,716.00 | $0.00 | $15,716.00 |
| 000002 5700-00 | Marshall Morris<br>2150 East Lake Cook Road Suite 570<br>Buffalo Grove, IL 60089 | Priority | Disallowed per order 7/7/11 | $0.00 | $0.00 | $0.00 |
| | Subtotal For Claim Type 5700-00  Alimony & Child Support - | | | $0.00 | $0.00 | $0.00 |
| 000001 070 7100-00 | auG Six, LLC/Prairie Glen Med Off.<br>Law office of Kimberly J.Weissman<br>633 Skokie Blvd Suite 400<br>Northbrook,IL 60062 | Unsecured | Claim Withdrawn 7/27/11 | $0.00 | $0.00 | $0.00 |
| 000003 070 7100-00 | auG Six, LLC/Prairie Glen Med Off.<br>Law office of Kimberly J.Weissman<br>633 Skokie Blvd Suite 400<br>Northbrook,IL 60062 | Unsecured | | $282,920.91 | $0.00 | $282,920.91 |

EXHIBIT C
ANALYSIS OF CLAIMS REGISTER

| Case Number: | 07-03091 | | Page 2 | | Date: July 27, 2011 |
| Debtor Name: | SCHNEIDER, EARL M. | | Claim Type Sequence | | |

| Code # | Creditor Name & Address | Claim Class | Notes | Amount Allowed | Paid to Date | Claim Balance |
|---|---|---|---|---|---|---|
| 000004A 070 7100-00 | Marshal P. Morris assignee J. Schneider 2150 East Lake Cook Road Buffalo Grove  IL  60089-1877 | Unsecured | claim assigned by J. Schneider to M. Morris (7/7/11 dkt #91) allowed in reduced amount per order 7/7/11 | $63,273.00 | $0.00 | $63,273.00 |
| 000005 070 7100-00 | Chase Bank USA NA PO BOX 15145 Wilmington, DE 19850-5145 | Unsecured | | $28,842.53 | $0.00 | $28,842.53 |
| 000006 070 7100-00 | American Express Travel Related Services Co, Inc Corp Card c o Becket and Lee LLP POB 3001 Malvern, PA 19355-0701 | Unsecured | (6-1) CREDIT CARD DEBT | $11,533.63 | $0.00 | $11,533.63 |
| 000007 070 7100-00 | Schoenberg Fisher Newman & Rosenberg 222 S Riverside Plaza #2100 Chicago,IL 60606 | Unsecured | (7-1) provision of legal services/attorney's fees | $805.00 | $0.00 | $805.00 |
| 000008 070 7100-00 | auG Six, LLC/Prairie Glen Med Off. Law office of Kimberly J.Weissman 633 Skokie Blvd Suite 400 Northbrook,IL 60062 | Unsecured | Withdrawn 11/11/10 [see docket no. 76] | $0.00 | $0.00 | $0.00 |
| 000010 070 7100-00 | Associated Bank N A 633 Skokie Blvd 400 Northbrook,IL 60062 | Unsecured | Amends claim #9 from secured to assert an unsecured claim | $294,790.46 | $0.00 | $294,790.46 |
| | Subtotal For Claim Type 7100-00  General Unsecured 726(a)(2) | | | $682,165.53 | $0.00 | $682,165.53 |
| | Case Totals: | | | $734,898.58 | $26,017.05 | $708,881.53 |

Code #:  Trustee's Claim Number, Priority Code, Claim Type

# TRUSTEE'S PROPOSED DISTRIBUTION

Exhibit D

Case No.: 07-03091
Case Name: SCHNEIDER, EARL M.
       FDBA Estheique Wellness Spa Inc; FD
Trustee Name: JAY A. STEINBERG, TRUSTEE

    Balance on hand         $

Claims of secured creditors will be paid as follows:

NONE

Applications for chapter 7 fees and administrative expenses have been filed as follows:

| Reason/Applicant | Total Requested | Interim Payments to Date | Proposed Payment |
|---|---|---|---|
| Trustee Fees: JAY A. STEINBERG, TRUSTEE | $ | $ | $ |
| Attorney for Trustee Fees: ARNSTEIN & LEHR LLP | $ | $ | $ |
| Attorney for Trustee Expenses: ARNSTEIN & LEHR LLP | $ | $ | $ |
| Other: Baldi Berg & Wallace | $ | $ | $ |

    Total to be paid for chapter 7 administrative expenses     $_____

    Remaining Balance     $_____

Applications for prior chapter fees and administrative expenses have been filed as follows:

NONE

    In addition to the expenses of administration listed above as may be allowed by the Court, priority claims totaling $ _____ must be paid in advance of any dividend to general (unsecured) creditors.

Allowed priority claims are:

| Claim No. | Claimant | Allowed Amount of Claim | Interim Payments to Date | Proposed Payment |
|---|---|---|---|---|
| 000004 | Marshal P Morris , assignee J. Schneider | $ | $ | $ |

    Total to be paid to priority creditors      $_____

    Remaining Balance      $_____

The actual distribution to wage claimants included above, if any, will be the proposed payment less applicable withholding taxes (which will be remitted to the appropriate taxing authorities).

Timely claims of general (unsecured) creditors totaling $ _____ have been allowed and will be paid *pro rata* only after all allowed administrative and priority claims have been paid in full. The timely allowed general (unsecured) dividend is anticipated to be _____ percent, plus interest (if applicable).

Timely allowed general (unsecured) claims are as follows:

| Claim No. | Claimant | Allowed Amount of Claim | Interim Payments to Date | Proposed Payment |
|---|---|---|---|---|
| 000001 | auG Six, LLC/Prairie Glen Med Off. | $ | $ | $ |
| 000002 | Marshall Morris | $ | $ | $ |
| 000003 | auG Six, LLC/Prairie Glen Med Off. | $ | $ | $ |
| 000005 | Chase Bank USA NA | $ | $ | $ |
| 000006 | American Express Travel Related Services | $ | $ | $ |
| 000007 | Schoenberg Fisher | $ | $ | $ |
| 000008 | auG Six, LLC/Prairie Glen Med Off. | $ | $ | $ |
| 000004A | Marshal P. Morris assignee J. Schneider | $ | $ | $ |
| 000010 | Associated Bank N A | $ | $ | $ |

    Total to be paid to timely general unsecured creditors      $_____

    Remaining Balance      $_____

    Tardily filed claims of general (unsecured) creditors totaling $_____ have been allowed and will be paid *pro rata* only after all allowed administrative, priority and timely filed general (unsecured) claims have been paid in full. The tardily filed claim dividend is anticipated to be _____ percent.

    Tardily filed general (unsecured) claims are as follows:

NONE

    Subordinated unsecured claims for fines, penalties, forfeitures, or damages and claims ordered subordinated by the Court totaling $_____ have been allowed and will be paid *pro rata* only after all allowed administrative, priority and general (unsecured) claims have been paid in full. The dividend for subordinated unsecured claims is anticipated to be _____ percent.

    Subordinated unsecured claims for fines, penalties, forfeitures or damages and claims ordered subordinated by the Court are as follows:

NONE