Hearing Date:
Hearing Time:
Location: 219 S. Dearborn St., Courtroom
 Chicago, IL 60604

## UNITED STATES BANKRUPTCY COURT
### NORTHERN DISTRICT OF ILLINOIS

| | | |
|---|---|---|
| In re: | § | Chapter 7 |
| | § | |
| SCHNEIDER, EARL M. | § | Case No. 07-03091 SPS |
| FDBA Estheique Wellness Spa Inc | § | |
| FDBA Earl Schneider DDS, Ltd. | § | Hon. Susan Pierson Sonderby |
| Debtor(s) | § | |

### NOTICE OF TRUSTEE'S FINAL REPORT AND
### APPLICATIONS FOR COMPENSATION
### AND DEADLINE TO OBJECT (NFR)

Pursuant to Fed. R. Bankr. P. 2002(a)(6) and 2002(f)(8), please take notice that JAY A. STEINBERG, TRUSTEE, trustee of the above styled estate, has filed a Final Report and the trustee and the trustee's professionals have filed final fee applications, which are summarized in the attached Summary of Trustee's Final Report and Applications for Compensation.

The complete Final Report and all applications for compensation are available for inspection at the Office of the Clerk, at the following address:
Clerk of the U.S. Bankruptcy Court
No. District of Illinois, Eastern Div.
219 S. Dearborn Street
7th Floor
Chicago   IL  60604

Any person wishing to object to any fee application that has not already been approved or to the Final Report, must file a written objection within 20 days from the mailing of this notice, serve a copy of the objections upon the trustee, any party whose application is being challenged and the United States Trustee. A hearing on the fee applications and any objection to the Final Report will be held at :
a.m.
on
in Courtroom 62, U.S. Courthouse
219 S. Dearborn St., Chicago, IL

If no objections are filed, upon entry of an order on the fee applications, the Trustee may pay dividends pursuant to FRBP 3009 without further order of the Court.

Date Mailed: _____          By: Kenneth S. Gardner_____
                                          Clerk of U.S. Bankruptcy Court

Jay A. Steinberg, Trustee
35 E. Wacker Dr., Suite 1550, Chicago, IL 60601

UNITED STATES BANKRUPTCY COURT
NORTHERN DISTRICT OF ILLINOIS

In re: §
§
SCHNEIDER, EARL M. § Case No. 07-03091 SPS
FDBA Estheique Wellness Spa Inc §
FDBA Earl Schneider DDS, Ltd. §
Debtor(s) §

SUMMARY OF TRUSTEE'S FINAL REPORT
AND APPLICATIONS FOR COMPENSATION

| | | |
|---|---|---|
| The Final Report shows receipts of | $ | 75,023.62 |
| and approved disbursements of | $ | 26,139.41 |
| leaving a balance on hand of[1] | $ | 48,884.21 |

Claims of secured creditors will be paid as follows:

NONE

Applications for chapter 7 fees and administrative expenses have been filed as follows:

| Reason/Applicant | Total Requested | Interim Payment to Date | Proposed Payment |
|---|---|---|---|
| Trustee Fees: JAY A. STEINBERG, TRUSTEE | $ 5,000.00 | $ 0.00 | $ 5,000.00 |
| Attorney for Trustee Fees: ARNSTEIN & LEHR LLP | $ 25,000.00 | $ 25,000.00 | $ 0.00 |
| Attorney for Trustee Expenses: ARNSTEIN & LEHR LLP | $ 1,017.05 | $ 1,017.05 | $ 0.00 |
| Other: Baldi Berg & Wallace | $ 6,000.00 | $ 0.00 | $ 6,000.00 |
| Total to be paid for chapter 7 administrative expenses | | $ | 11,000.00 |
| Remaining Balance | | $ | 37,884.21 |

---

[1] The balance of funds on hand in the estate may continue to earn interest until disbursed. The interest earned prior to disbursement will be distributed pro rata to creditors within each priority category. The trustee may receive additional compensation not to exceed the maximum compensation set forth under 11 U.S.C. §326(a) on account of the disbursement of the additional interest.

UST Form 101-7-NFR (10/1/2010) (Page: )

Applications for prior chapter fees and administrative expenses have been filed as follows:

NONE

In addition to the expenses of administration listed above as may be allowed by the Court, priority claims totaling $ 15,716.00 must be paid in advance of any dividend to general (unsecured) creditors.

Allowed priority claims are:

| Claim No. | Claimant | Allowed Amount of Claim | Interim Payment to Date | Proposed Payment |
|---|---|---|---|---|
| 000004 | Marshal P Morris , assignee J. Schneider | $ 15,716.00 | $ 0.00 | $ 15,716.00 |
| | Total to be paid to priority creditors | | | $ 15,716.00 |
| | Remaining Balance | | | $ 22,168.21 |

The actual distribution to wage claimants included above, if any, will be the proposed payment less applicable withholding taxes (which will be remitted to the appropriate taxing authorities).

Timely claims of general (unsecured) creditors totaling $ 682,165.53 have been allowed and will be paid *pro rata* only after all allowed administrative and priority claims have been paid in full. The timely allowed general (unsecured) dividend is anticipated to be 3.3 percent, plus interest (if applicable).

Timely allowed general (unsecured) claims are as follows:

| Claim No. | Claimant | Allowed Amount of Claim | Interim Payment to Date | Proposed Payment |
|---|---|---|---|---|
| 000001 | auG Six, LLC/Prairie Glen Med Off. | $ 0.00 | $ 0.00 | $ 0.00 |
| 000002 | Marshall Morris | $ 0.00 | $ 0.00 | $ 0.00 |
| 000003 | auG Six, LLC/Prairie Glen Med Off. | $ 282,920.91 | $ 0.00 | $ 9,194.03 |
| 000005 | Chase Bank USA NA | $ 28,842.53 | $ 0.00 | $ 937.29 |
| 000006 | American Express Travel Related Services | $ 11,533.63 | $ 0.00 | $ 374.81 |

UST Form 101-7-NFR (10/1/2010) *(Page: )*

| Claim No. | Claimant | Allowed Amount of Claim | Interim Payment to Date | Proposed Payment |
|---|---|---|---|---|
| 000007 | Schoenberg Fisher | $ 805.00 | $ 0.00 | $ 26.16 |
| 000008 | auG Six, LLC/Prairie Glen Med Off. | $ 0.00 | $ 0.00 | $ 0.00 |
| 000004A | Marshal P. Morris assignee J. Schneider | $ 63,273.00 | $ 0.00 | $ 2,056.17 |
| 000010 | Associated Bank N A | $ 294,790.46 | $ 0.00 | $ 9,579.75 |

Total to be paid to timely general unsecured creditors $ 22,168.21

Remaining Balance $ 0.00

Tardily filed claims of general (unsecured) creditors totaling $ 0.00 have been allowed and will be paid *pro rata* only after all allowed administrative, priority and timely filed general (unsecured) claims have been paid in full. The tardily filed claim dividend is anticipated to be 0.0 percent, plus interest (if applicable).

Tardily filed general (unsecured) claims are as follows:

NONE

Subordinated unsecured claims for fines, penalties, forfeitures, or damages and claims ordered subordinated by the Court totaling $ 0.00 have been allowed and will be paid *pro rata* only after all allowed administrative, priority and general (unsecured) claims have been paid in full. The dividend for subordinated unsecured claims is anticipated to be 0.0 percent, plus interest (if applicable).

Subordinated unsecured claims for fines, penalties, forfeitures or damages and claims ordered subordinated by the Court are as follows:

NONE

Prepared By: /s/Jay A. Steinberg
Chapter 7 Trustee

JAY A. STEINBERG, TRUSTEE
35 EAST WACKER
SUITE 1550
CHICAGO, IL 60601-0000

UST Form 101-7-NFR (10/1/2010) *(Page: )*

**STATEMENT:**  This Uniform Form is associated with an open bankruptcy case, therefore, Paperwork Reduction Act exemption 5 C.F.R. § 1320.4(a)(2) applies.

```
                         United States Bankruptcy Court
                          Northern District of Illinois

In re:                                                      Case No. 07-03091-SPS
Earl M. Schneider                                           Chapter 7
         Debtor
                              CERTIFICATE OF NOTICE
District/off: 0752-1          User: mflowers              Page 1 of 2          Date Rcvd: Aug 25, 2011
                              Form ID: pdf006             Total Noticed: 43


Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on
Aug 27, 2011.
db           +Earl M. Schneider,    4301 Exeter Lane,    Northbrook, IL 60062-1139
aty          +Baldi Berg & Wallace, Ltd,    19 S LaSalle St.,,    Suite 1500,    Chicago, IL 60603-1413
aty          +George P Apostolides,    Arnstein & Lehr LLP,    120 S Riverside Plaza,    Suite 1200,
               Chicago, IL 60606-3910
aty          +Gina B Krol, ESQ,    Cohen & Krol,   105 West Madison Street #1100,    Chicago, IL 60602-4600
tr           +Jay A Steinberg, ESQ,    35 E. Wacker Drive, Suite 1550,    Chicago, IL 60601-2124
11193471     +American Express,    Vis Payment Florida,    2965 West Corporate Lakes Blvd,
               Weston, FL 33331-3626
15956024      American Express Travel Related Services,    Co, Inc Corp Card,    c o Becket and Lee LLP,
               POB 3001,    Malvern, PA 19355-0701
11193472    +++Associated Bank N A,    633 Skokie Blvd 400,    Northbrook,IL 60062-2826
11193474     +Barbara Savini,    Mark A. Bazzanella,    134 North LaSalle #1900,    Chicago, IL 60602-1141
11193475     +Beauty Beauty USA, Inc,    James Stevens Daniels,    1283 College Park Drive,
               Dover, DE 19904-8713
11193477    ++CHRYSLER FINANCIAL,    27777 INKSTER RD,    FARMINGTON HILLS MI 48334-5326
              (address filed with court: Chrysler Financial,    P.O. Box 9223,    Farmington, MI 48333-9223)
11193476      Chase Bank,    P.O. Box 15153,    Wilmington, DE 19886-5153
15652620      Chase Bank USA NA,    PO BOX 15145,    Wilmington, DE 19850-5145
11193479      De Lage Laden Financial Services,    Account Processing Center,    1111 Old Eagle Road,
               Wayne, PA 19087-8608
11509932     +Dr. Victoria G Remien Bigg DDS,    2550 Compass Road, Suite L,    Glenview, IL 60026-1610
11193482     +Evanston Northwestern Healthcare,    Hospital Billing,    23056 Network Place,
               Chicago, IL 60673-1230
11193481     +Evanston Northwestern Healthcare,    Pinnacle Management Services, Inc,
               514 Market Loop Suite 103,    Dundee, IL 60118-2181
11193483     +FGMK,   2801 Lakeside Drive 3rd Floor,    Bannocburn, IL 60015-1275
11193470    ++FIFTH THIRD BANK,    MD# ROPS05 BANKRUPTCY DEPT,    1850 EAST PARIS SE,
               GRAND RAPIDS MI 49546-6253
              (address filed with court: 5/3 Bank,    Customer Service MD 1MOC2G-4050,
               38 Fountain Square Plaza,    Cincinnati, OH 45263)
11468406     +Globalcom Inc,    4070 Paysphere Circle,    Chicago,IL 60674-0001
11468407     +Henry Schein Inc,    135 Duryea Road,    Melville, NY 11747-3834
11193484     +Hillcrest CC,    3217 RFD,    Lake Zurich, IL 60047-8108
11193487     +Infinity Financial Services,    P.O. Box 39088,    Minneapolis, MN 55439-0888
11376018     +Jodi A Schneider,    Marshal P Morris , Ltd,    2150 East Lake Cook Rd Suite 570,
               Buffalo Grove, IL 60089-1877
11193489      Marshall Field's Credit Srvcs RNB,    Customer Inquires,    P.O. Box 1581,
               Minneapolis, MN 55440-1581
11193490     +Marshall Morris,    2150 East Lake Cook Road Suite 570,    Buffalo Grove, IL 60089-1877
11193491     +Patterson Dental,    Teller Levit & Silvertrust,    11 East Adams Suite 800,
               Chicago, IL 60603-6369
11193492     +Patterson Dental Supply,    1031 Mendota Heights Road,    Saint Paul, MN 55120-1401
11193493     +Robert W. Gordon,    Jacqueline Perkins,    1655 N. Arlington Heights Rd #102E,
               Arlington Heights, IL 60004-3957
11468409     +Roger A White & Associates LTD,    21 North Skokie Highway,    Lake Bluff, IL 60044-1777
11193494     +Sarah Schneider,    3801 Mission Hills Road,    Northbrook, IL 60062-5729
11468410     +Schoenberg Fisher,    Newman & Rosenberg,    222 S Riverside Plaza #2100,    Chicago,IL 60606-6101
11509933     +Titan Development,    2550 Compass Drive,    Glenview, IL 60026-1610
11193496     +Troubleshooters, Inc,    Alter Group,    1980 Springer Drive,    Lombard, IL 60148-6404
11509934     +Village Profile,    33 North Geneva Street,    Elgin, IL 60120-5620
11193497      World Publications,    P.O. Box 8500,    Winter Park, FL 32790-8500
11193473     +auG Sis, LLC/Prairie Glen Med Off.,    Law office of Kimberly J.Weissman,
               633 Skokie Blvd Suite 400,    Northbrook,IL 60062-2826

Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.
aty           +E-mail/Text: bergtrustee@baldiberg.com Aug 26 2011 14:56:18     Elizabeth C Berg,
               Baldi Berg & Wallace,    19 S Lasalle Street, , Suite 1500,    Chicago, IL 60603-1413
11193485      E-mail/Text: ebnbankruptcy@ahm.honda.com Aug 26 2011 14:56:16     Honda Financial,
               Attention: Bankruptcy,    3625 West Roayal Lane #200,    Irving, TX 75063
11193486      E-mail/Text: ebnbankruptcy@ahm.honda.com Aug 26 2011 14:56:16     Honda Financial,
               Attention: Bankruptcy,    3625 West Royal Lane Suite 200,    Irving, TX 75063
11193478      E-mail/Text: legalcollections@comed.com Aug 26 2011 14:56:16     ComEd,   Bill Payment Center,
               Chicago, IL 60668-0001
11468408     +E-mail/Text: bankrup@nicor.com Aug 26 2011 14:56:15     Nicor Gas,   Pob 549,
               Aurora,IL 60507-0549
11846257      E-mail/PDF: rmscedi@recoverycorp.com Aug 26 2011 14:59:54
               Recovery Management Systems Corporation,    25 S.E. 2nd Avenue, Suite 1120,
               Miami, FL 33131-1605
                                                                                              TOTAL: 6
```

```
District/off: 0752-1          User: mflowers              Page 2 of 2               Date Rcvd: Aug 25, 2011
                              Form ID: pdf006             Total Noticed: 43

              ***** BYPASSED RECIPIENTS (continued) *****

              ***** BYPASSED RECIPIENTS (undeliverable, * duplicate) *****
aty*         +Jay A Steinberg, ESQ,    35 E. Wacker Drive, Suite 1550,   Chicago, IL 60601-2124
11193480*     De Lage Laden Financial Services,    Account Processing Center,    1111 Old Eagle Road,
               Wayne, PA 19087-8608
11193488*    +Infinity Financial Services,    P.O. Box 39088,   Minneapolis, MN 55439-0888
11848497*    +Recovery Management Systems Corp,    25 S E 2nd Ave suite 1120,   Miami,FL 33131-1605
11193495*    +auG Sis, LLC/Prairie Glen Med Off.,    Law office of Kimberly J.Weissman,
               633 Skokie Blvd Suite 400,   Northbrook,IL 60062-2826
                                                                                              TOTALS: 0, * 5, ## 0
```

Addresses marked '+' were corrected by inserting the ZIP or replacing an incorrect ZIP.
USPS regulations require that automation-compatible mail display the correct ZIP.

Addresses marked '++' were redirected to the recipient's preferred mailing address
pursuant to 11 U.S.C. 342(f)/Fed.R.Bank.PR.2002(g)(4).

Addresses marked '+++' were transmitted to the recipient's preferred mailing address
pursuant to 11 U.S.C. 342(e).

**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 9): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

**Date: Aug 27, 2011**                    **Signature:**     *Joseph Speetjens*