UNITED STATES BANKRUPTCY COURT
DISTRICT OF

In re: §
§
SCHNEIDER, EARL M. § Case No. 07-03091
FDBA Estheique Wellness Spa Inc §
§
Debtor(s) §

CHAPTER 7 TRUSTEE'S FINAL ACCOUNT AND DISTRIBUTION
REPORT CERTIFICATION THAT THE ESTATE HAS BEEN FULLY
ADMINISTERED AND APPLICATION TO BE DISCHARGED (TDR)

JAY A. STEINBERG, TRUSTEE, chapter 7 trustee, submits this Final Account, Certification that the Estate has been Fully Administered and Application to be Discharged.

1) All funds on hand have been distributed in accordance with the Trustee's Final Report and, if applicable, any order of the Court modifying the Final Report. The case is fully administered and all assets and funds which have come under the trustee's control in this case have been properly accounted for as provided by law. The trustee hereby requests to be discharged from further duties as a trustee.

2) A summary of assets abandoned, assets exempt, total distributions to claimants, claims discharged without payment, and expenses of administration is provided below:

| | |
|---|---|
| Assets Abandoned:<br>*(Without deducting any secured claims)* | Assets Exempt: |
| Total Distributions to Claimants: | Claims Discharged<br>Without Payment: |
| Total Expenses of Administration: | |

3) Total gross receipts of $         (see **Exhibit 1**), minus funds paid to the debtor and third parties of $      (see **Exhibit 2**), yielded net receipts of $         from the liquidation of the property of the estate, which was distributed as follows:

|  | CLAIMS SCHEDULED | CLAIMS ASSERTED | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|
| SECURED CLAIMS (from **Exhibit 3**) | $ | $ | $ | $ |
| PRIORITY CLAIMS: CHAPTER 7 ADMIN. FEES AND CHARGES (from **Exhibit 4**) |  |  |  |  |
| PRIOR CHAPTER ADMIN. FEES AND CHARGES (from **Exhibit 5**) |  |  |  |  |
| PRIORITY UNSECURED CLAIMS (from **Exhibit 6**) |  |  |  |  |
| GENERAL UNSECURED CLAIMS (from **Exhibit 7**) |  |  |  |  |
| TOTAL DISBURSEMENTS | $ | $ | $ | $ |

4)  This case was originally filed under chapter ___ on _____. The case was pending for ___ months.

5)  All estate bank statements, deposit slips, and canceled checks have been submitted to the United States Trustee.

6) An individual estate property record and report showing the final accounting of the assets of the estate is attached as **Exhibit 8**. The cash receipts and disbursements records for each estate bank account, showing the final accounting of the receipts and disbursements of estate funds is attached as **Exhibit 9**.

Pursuant to Fed R Bank P 5009, I hereby certify, under penalty of perjury, that the foregoing report is true and correct.

Dated: _____    By:/s/JAY A. STEINBERG, TRUSTEE_____
                                                                             Trustee

**STATEMENT**: This Uniform Form is associated with an open bankruptcy case, therefore, Paperwork Reduction Act exemption 5 C.F.R. § 1320.4(a)(2) applies.

# EXHIBITS TO
# FINAL ACCOUNT

## EXHIBIT 1 – GROSS RECEIPTS

| DESCRIPTION | UNIFORM TRAN. CODE[1] | $ AMOUNT RECEIVED |
|---|---|---|
|  |  |  |
|  |  |  |
| **TOTAL GROSS RECEIPTS** |  | **$** |

[1] The Uniform Transaction Code is an accounting code assigned by the trustee for statistical reporting purposes.

## EXHIBIT 2 – FUNDS PAID TO DEBTOR & THIRD PARTIES

| PAYEE | DESCRIPTION | UNIFORM TRAN. CODE | $ AMOUNT PAID |
|---|---|---|---|
| NA |  |  |  |
| **TOTAL FUNDS PAID TO DEBTOR & THIRD PARTIES** |  |  | **$** |

## EXHIBIT 3 – SECURED CLAIMS

| CLAIM NO. | CLAIMANT | UNIFORM TRAN. CODE | CLAIMS SCHEDULED (from Form 6D) | CLAIMS ASSERTED | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|---|
|  | Chrysler Financial |  |  |  |  |  |
|  | Honda Financial |  |  |  |  |  |
|  | Infinity Financial |  |  |  |  |  |
|  | Sarah Schneider |  |  |  |  |  |

| CLAIM NO. | CLAIMANT | UNIFORM TRAN. CODE | CLAIMS SCHEDULED (from Form 6D) | CLAIMS ASSERTED | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|---|
| | Sarah Schneider | | | | | |
| 000009 | ASSOCIATED BANK | | | | | |
| TOTAL SECURED CLAIMS | | | $ | $ | $ | $ |

## EXHIBIT 4 – CHAPTER 7 ADMINISTRATIVE FEES and CHARGES

| PAYEE | UNIFORM TRAN. CODE | CLAIMS SCHEDULED | CLAIMS ASSERTED | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|
| STEINBERG, TRUSTEE | | | | | |
| INTL SURETIES | | | | | |
| CLERK OF BANKRUPTCY COURT | | | | | |
| ARNSTEIN & LEHR LLP | | | | | |
| BBW | | | | | |
| ARNSTEIN & LEHR LLP | | | | | |
| TOTAL CHAPTER 7 ADMIN. FEES AND CHARGES | | $ | $ | $ | $ |

## EXHIBIT 5 – PRIOR CHAPTER ADMINISTRATIVE FEES and CHARGES

| PAYEE | UNIFORM TRAN. CODE | CLAIMS SCHEDULED | CLAIMS ASSERTED | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|
| NA | | | | | |

| PAYEE | UNIFORM TRAN. CODE | CLAIMS SCHEDULED | CLAIMS ASSERTED | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|
| TOTAL PRIOR CHAPTER ADMIN. FEES AND CHARGES | | $ | $ | $ | $ |

### EXHIBIT 6 – PRIORITY UNSECURED CLAIMS

| CLAIM NO. | CLAIMANT | UNIFORM TRAN. CODE | CLAIMS SCHEDULED (from Form 6E) | CLAIMS ASSERTED (from Proofs of Claim) | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|---|
| 000004 | MARSHALL P. MORRIS ASSIGNEE | | | | | |
| TOTAL PRIORITY UNSECURED CLAIMS | | | $ | $ | $ | $ |

### EXHIBIT 7 – GENERAL UNSECURED CLAIMS

| CLAIM NO. | CLAIMANT | UNIFORM TRAN. CODE | CLAIMS SCHEDULED (from Form 6F) | CLAIMS ASSERTED (from Proofs of Claim) | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|---|
| | 5/3 Bank | | | | | |
| | Bank One | | | | | |
| | Barbara Savina | | | | | |
| | Beauty Beauty USA, Inc. | | | | | |
| | DeLage Laden Financial Services | | | | | |

| CLAIM NO. | CLAIMANT | UNIFORM TRAN. CODE | CLAIMS SCHEDULED (from Form 6F) | CLAIMS ASSERTED (from Proofs of Claim) | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|---|
| | Evanston Northwestern Healthcare | | | | | |
| | FGMK | | | | | |
| | Globalcom Inc. | | | | | |
| | Henry Schein, Inc. | | | | | |
| | Hillcrest CC | | | | | |
| | Marshall Fields Credit Services RNB | | | | | |
| | Marshall Morris | | | | | |
| | Nicor | | | | | |
| | Patterson Dental Supply | | | | | |
| | Robert W. Gordon | | | | | |
| | Roger A. White & Associaates | | | | | |
| | Sarah Schneider | | | | | |
| | Troubleshooters Inc | | | | | |
| | Village Profile | | | | | |
| | World Publications | | | | | |

| CLAIM NO. | CLAIMANT | UNIFORM TRAN. CODE | CLAIMS SCHEDULED (from Form 6F) | CLAIMS ASSERTED (from Proofs of Claim) | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|---|
| 000006 | AMERICAN EXPRESS TRAVEL RELATED SER | | | | | |
| 000010 | ASSOCIATED BANK N A | | | | | |
| 000001 | AUG SIX, LLC/PRAIRIE GLEN MED OFF. | | | | | |
| 000003 | AUG SIX, LLC/PRAIRIE GLEN MED OFF. | | | | | |
| 000008 | AUG SIX, LLC/PRAIRIE GLEN MED OFF. | | | | | |
| 000005 | CHASE BANK USA NA | | | | | |
| 000002 | MARSHALL MORRIS | | | | | |
| 000004A | MARSHALL P. MORRIS ASSIGNEE | | | | | |
| 000007 | SCHOENBERG FISHER | | | | | |
| TOTAL GENERAL UNSECURED CLAIMS | | | $ | $ | $ | $ |

**FORM 1**

**INDIVIDUAL ESTATE PROPERTY RECORD AND REPORT**

**ASSET CASES**

Page: 1

Exhibit 8

| Case No: | 07-03091 | SPS | Judge: SUSAN PIERSON SONDERBY | Trustee Name: | JAY A. STEINBERG, TRUSTEE |
|---|---|---|---|---|---|
| Case Name: | SCHNEIDER, EARL M. | | | Date Filed (f) or Converted (c): | 02/22/07 (f) |
| | FDBA Estheique Wellness Spa Inc | | | 341(a) Meeting Date: | 03/16/07 |
| For Period Ending: | 03/05/12 | | | Claims Bar Date: | 08/12/10 |

| 1 | 2 | 3 | 4 | 5 | 6 |
|---|---|---|---|---|---|
| Asset Description (Scheduled and Unscheduled (u) Property) | Petition/ Unscheduled Values | Estimated Net Value (Value Determined by Trustee, Less Liens, Exemptions, and Other Costs) | Property Abandoned OA=554(a) Abandon DA=554(c) Abandon | Sale/Funds Received by the Estate | Asset Fully Administered (FA)/ Gross Value of Remaining Assets |
| 1. CASH | 60.00 | 0.00 | | 0.00 | FA |
| 2. CHECKING ACCOUNT | 200.00 | 0.00 | | 0.00 | FA |
|     Associated Bank | | | | | |
| 3. HOUSEHOLD GOODS AND FURNISHINGS | 400.00 | 0.00 | DA | 0.00 | FA |
|     pool table, 2 dining room set | | | | | |
| 4. BOOKS / PICTURES | 150.00 | 0.00 | DA | 0.00 | FA |
|     various CD's, family pictures, vintage posters | | | | | |
| 5. WEARING APPAREL | 400.00 | 0.00 | | 0.00 | FA |
|     normal wearing apparel | | | | | |
| 6. FURS AND JEWELRY | 1,000.00 | 0.00 | | 0.00 | FA |
|     Raymond Weil watch, leather jacket | | | | | |
| 7. SPORTS AND HOBBY EQUIPMENT | 50.00 | 0.00 | | 0.00 | FA |
|     golf equipment & accessories, cigar box | | | | | |
| 8. RETIREMENT PLANS | 26,000.00 | 0.00 | | 0.00 | FA |
|     401(k) plan through employment (loan against $12,000) | | | | | |
| 9. INTERESTS IN BUSINESS | Unknown | 0.00 | | 0.00 | FA |
|     Earl Schneider, DDS, SC 100% (defunct 2005) | | | | | |
| 10. INTERESTS IN BUSINESS | Unknown | 0.00 | | 0.00 | FA |
|     Earl Schneider DDS, PC - goodwill, a/r (unknown) | | | | | |
| 11. INTERESTS IN BUSINESS | 0.00 | 0.00 | | 0.00 | FA |
|     Esthetique Spa, no longer operating (defunct) | | | | | |
| 12. ACCOUNTS RECEIVABLE | 19,828.00 | 19,828.00 | | 0.00 | FA |
|     various A/R from Esthetique Spa | | | | | |
| 13. COPYRIGHTS | Unknown | 0.00 | | 0.00 | FA |
|     copyright to logo from previous business | | | | | |
| 14. AUTOMOBILE | 0.00 | 0.00 | | 0.00 | FA |

FORM 1
INDIVIDUAL ESTATE PROPERTY RECORD AND REPORT
ASSET CASES

Page: 2

Exhibit 8

| Case No: | 07-03091 SPS  Judge: SUSAN PIERSON SONDERBY | Trustee Name: | JAY A. STEINBERG, TRUSTEE |
|---|---|---|---|
| Case Name: | SCHNEIDER, EARL M. | Date Filed (f) or Converted (c): | 02/22/07 (f) |
| | FDBA Estheique Wellness Spa Inc | 341(a) Meeting Date: | 03/16/07 |
| | | Claims Bar Date: | 08/12/10 |

| 1 | 2 | 3 | 4 | 5 | 6 |
|---|---|---|---|---|---|
| Asset Description (Scheduled and Unscheduled (u) Property) | Petition/ Unscheduled Values | Estimated Net Value (Value Determined by Trustee, Less Liens, Exemptions, and Other Costs) | Property Abandoned OA=554(a) Abandon DA=554(c) Abandon | Sale/Funds Received by the Estate | Asset Fully Administered (FA)/ Gross Value of Remaining Assets |
| 15. AUTOMOBILES<br>2006 Infiniti G35 -lease - debtor's name on vehicle, son maintains | 45,000.00 | 0.00 | | 0.00 | FA |
| 16. AUTOMOBILES<br>2006 Jeep Commander (surrendered) | 0.00 | 0.00 | | 0.00 | FA |
| 17. OFFICE EQUIPMENT<br>2007 Acura LDX- lease | 200.00 | 0.00 | | 0.00 | FA |
| 18. EQUIPMENT USED IN BUSINESS<br>home equipment and accessories, 4 years old | Unknown | 0.00 | | 0.00 | FA |
| 19. ANIMALS<br>x-ray machines: 1 Belmont, 1 Yoshida, 2 Gendex, 4 dental chairs | 50.00 | 0.00 | | 0.00 | FA |
| 20. Fradulent Conveyance (u)<br>bird | 0.00 | 0.00 | | 75,000.00 | FA |
| INT. Post-Petition Interest Deposits (u)<br>Claim to recover transfer of real & personal property to Debtor's mother; | Unknown | 0.00 | | 25.25 | FA |

| | | | | | Gross Value of Remaining Assets |
|---|---|---|---|---|---|
| TOTALS (Excluding Unknown Values) | $93,338.00 | $19,828.00 | | $75,025.25 | $0.00 |
| | | | | | (Total Dollar Amount in Column 6) |

_____

Major activities affecting case closing which are not reflected above, and matters pending, date of hearing or sale, and other action:

Trustee obtained $196,000 judgment on account of fraudulent conveyance of real and personal property to Debtor's mother. Due to financial and collection issues, TR obtained court approval of settlement and collected $75,000 on judgment. TR worked to resolve claim issues. Debtor objected to Trustee's proposed settlement of certain claims (parties briefed the issues and presented argumements to court). Court ruled in favor of Trustee's proposed settlement.

**FORM 1**
**INDIVIDUAL ESTATE PROPERTY RECORD AND REPORT**
**ASSET CASES**

Page: 3

Exhibit 8

| | | | |
|---|---|---|---|
| Case No: | 07-03091    SPS    Judge: SUSAN PIERSON SONDERBY | Trustee Name: | JAY A. STEINBERG, TRUSTEE |
| Case Name: | SCHNEIDER, EARL M. | Date Filed (f) or Converted (c): | 02/22/07 (f) |
| | FDBA Estheique Wellness Spa Inc | 341(a) Meeting Date: | 03/16/07 |
| | | Claims Bar Date: | 08/12/10 |

Trustee resolved remaining claim issues.  Final Report filed.  Final hearing held.  Final Distribuiton made.  TDR submitted to UST contemporaneously with Annual Report.

Initial Projected Date of Final Report (TFR): 03/30/09          Current Projected Date of Final Report (TFR): 08/24/11

FORM 2

Page: 1

**ESTATE CASH RECEIPTS AND DISBURSEMENTS RECORD**

Exhibit 9

| | |
|---|---|
| Case No: | 07-03091 -SPS |
| Case Name: | SCHNEIDER, EARL M. |
| | FDBA Estheique Wellness Spa Inc |
| Taxpayer ID No: | *******2710 |
| For Period Ending: | 03/05/12 |

| | |
|---|---|
| Trustee Name: | JAY A. STEINBERG, TRUSTEE |
| Bank Name: | BANK OF AMERICA, N.A. |
| Account Number / CD #: | *******2427  BofA - Money Market Account |
| Blanket Bond (per case limit): | $ 5,000,000.00 |
| Separate Bond (if applicable): | |

| 1 | 2 | 3 | 4 | 5 | 6 | 7 |
|---|---|---|---|---|---|---|
| Transaction Date | Check or Reference | Paid To / Received From | Description Of Transaction | Uniform Trans. Code | Deposits ($) | Disbursements ($) | Account / CD Balance ($) |
| | | | BALANCE FORWARD | | | | 0.00 |
| 05/07/10 | 20 | Sarah I. Schneider | Fraudulent Transfer Adv. Settlement | 1141-000 | 75,000.00 | | 75,000.00 |
| | | | Proceeds of settlement of fraudulent transfer adversary proceeding approved per BK Court order dated 4-14-10    May 07, 2010, 12:41 pm | | | | |
| 05/28/10 | INT | BANK OF AMERICA, N.A. | Interest Rate  0.050 | 1270-000 | 2.04 | | 75,002.04 |
| 06/30/10 | INT | BANK OF AMERICA, N.A. | Interest Rate  0.050 | 1270-000 | 3.09 | | 75,005.13 |
| 07/30/10 | INT | BANK OF AMERICA, N.A. | Interest Rate  0.050 | 1270-000 | 3.18 | | 75,008.31 |
| 08/31/10 | INT | BANK OF AMERICA, N.A. | Interest Rate  0.050 | 1270-000 | 3.19 | | 75,011.50 |
| 09/30/10 | INT | BANK OF AMERICA, N.A. | Interest Rate  0.050 | 1270-000 | 3.08 | | 75,014.58 |
| 10/29/10 | INT | BANK OF AMERICA, N.A. | Interest Rate  0.050 | 1270-000 | 3.18 | | 75,017.76 |
| 11/03/10 | | Transfer to Acct #*******2430 | Bank Funds Transfer | 9999-000 | | 26,017.05 | 49,000.71 |
| | | | Transfer funds to pay allowed compensation to professionals A& L per court order dtd 11-2-10.  ecb | | | | |
| 11/30/10 | INT | BANK OF AMERICA, N.A. | Interest Rate  0.030 | 1270-000 | 1.34 | | 49,002.05 |
| 12/31/10 | INT | BANK OF AMERICA, N.A. | Interest Rate  0.030 | 1270-000 | 1.25 | | 49,003.30 |
| 01/31/11 | INT | BANK OF AMERICA, N.A. | Interest Rate  0.030 | 1270-000 | 1.25 | | 49,004.55 |
| 02/28/11 | INT | BANK OF AMERICA, N.A. | Interest Rate  0.010 | 1270-000 | 0.38 | | 49,004.93 |
| 03/31/11 | INT | BANK OF AMERICA, N.A. | Interest Rate  0.010 | 1270-000 | 0.42 | | 49,005.35 |
| 04/29/11 | INT | BANK OF AMERICA, N.A. | Interest Rate  0.010 | 1270-000 | 0.40 | | 49,005.75 |
| 05/20/11 | | Transfer to Acct #*******2430 | Bank Funds Transfer | 9999-000 | | 122.36 | 48,883.39 |
| 05/31/11 | INT | BANK OF AMERICA, N.A. | Interest Rate  0.010 | 1270-000 | 0.42 | | 48,883.81 |
| 06/30/11 | INT | BANK OF AMERICA, N.A. | Interest Rate  0.010 | 1270-000 | 0.40 | | 48,884.21 |
| 07/29/11 | INT | BANK OF AMERICA, N.A. | Interest Rate  0.010 | 1270-000 | 0.41 | | 48,884.62 |
| 08/31/11 | INT | BANK OF AMERICA, N.A. | Interest Rate  0.010 | 1270-000 | 0.42 | | 48,885.04 |
| 09/30/11 | INT | BANK OF AMERICA, N.A. | Interest Rate  0.010 | 1270-000 | 0.40 | | 48,885.44 |
| 10/31/11 | INT | BANK OF AMERICA, N.A. | INTEREST REC'D FROM BANK | 1270-000 | 0.40 | | 48,885.84 |
| 10/31/11 | | Transfer to Acct #*******2430 | Final Posting Transfer | 9999-000 | | 48,885.84 | 0.00 |
| | | | Tranfer funds for final distribution.  ecb  October 31, 2011, 05:45 pm | | | | |

LFORM2T4

UST Form 101-7-TDR (5/1/2011) *(Page: 11)*

Ver: 16.05d

FORM 2

ESTATE CASH RECEIPTS AND DISBURSEMENTS RECORD

| | |
|---|---|
| Case No: | 07-03091 -SPS |
| Case Name: | SCHNEIDER, EARL M. |
| | FDBA Estheique Wellness Spa Inc |
| Taxpayer ID No: | *******2710 |
| For Period Ending: | 03/05/12 |

| | |
|---|---|
| Trustee Name: | JAY A. STEINBERG, TRUSTEE |
| Bank Name: | BANK OF AMERICA, N.A. |
| Account Number / CD #: | *******2427 BofA - Money Market Account |
| Blanket Bond (per case limit): | $ 5,000,000.00 |
| Separate Bond (if applicable): | |

| 1 | 2 | 3 | 4 | 5 | 6 | 7 |
|---|---|---|---|---|---|---|
| Transaction Date | Check or Reference | Paid To / Received From | Description Of Transaction | Uniform Trans. Code | Deposits ($) | Disbursements ($) | Account / CD Balance ($) |

| Account *******2427 | | Balance Forward | 0.00 | | | |
|---|---|---|---|---|---|---|
| | 1 | Deposits | 75,000.00 | 0 | Checks | 0.00 |
| | 18 | Interest Postings | 25.25 | 0 | Adjustments Out | 0.00 |
| | | | | 3 | Transfers Out | 75,025.25 |
| | | Subtotal | $ 75,025.25 | | | |
| | | | | | Total | $ 75,025.25 |
| | 0 | Adjustments In | 0.00 | | | |
| | 0 | Transfers In | 0.00 | | | |
| | | Total | $ 75,025.25 | | | |

FORM 2

ESTATE CASH RECEIPTS AND DISBURSEMENTS RECORD

| Case No: | 07-03091 -SPS | | Trustee Name: | JAY A. STEINBERG, TRUSTEE |
| Case Name: | SCHNEIDER, EARL M. | | Bank Name: | BANK OF AMERICA, N.A. |
| | FDBA Estheique Wellness Spa Inc | | Account Number / CD #: | *******2430 BofA - Checking Account |
| Taxpayer ID No: | *******2710 | | | |
| For Period Ending: | 03/05/12 | | Blanket Bond (per case limit): | $ 5,000,000.00 |
| | | | Separate Bond (if applicable): | |

| 1 | 2 | 3 | 4 | 5 | 6 | 7 |
|---|---|---|---|---|---|---|
| Transaction Date | Check or Reference | Paid To / Received From | Description Of Transaction | Uniform Trans. Code | Deposits ($) | Disbursements ($) | Account / CD Balance ($) |
| | | | BALANCE FORWARD | | | | 0.00 |
| 11/03/10 | | Transfer from Acct #*******2427 | Bank Funds Transfer Transfer funds to pay allowed compensation to professionals A& L per court order dtd 11-2-10. ecb | 9999-000 | 26,017.05 | | 26,017.05 |
| 11/03/10 | 003001 | ARNSTEIN & LEHR LLP 120 SOUTH RIVERSIDE PLAZA SUITE 1200 CHICAGO, IL 60606 | ATTORNEY FOR TRUSTEE Allowed Compensation per court order dtd 11-2-10 | 3210-000 | | 25,000.00 | 1,017.05 |
| 11/03/10 | 003002 | ARNSTEIN & LEHR LLP 120 SOUTH RIVERSIDE PLAZA SUITE 1200 CHICAGO, IL 60606 | ATTORNEY FOR TRUSTEE Expense Allowance per Court Order dtd 11-2-10 | 3220-000 | | 1,017.05 | 0.00 |
| 05/20/11 | | Transfer from Acct #*******2427 | Bank Funds Transfer | 9999-000 | 122.36 | | 122.36 |
| 05/20/11 | 003003 | International Sureties, Ltd. Suite 420 701 Poydras Street New Orleans  LA  70139 | TR Blanket Bond Premium Bond #016026455 | 2300-000 | | 122.36 | 0.00 |
| 10/31/11 | | Transfer from Acct #*******2427 | Transfer In From MMA Account Tranfer funds for final distribution.  ecb October 31, 2011, 05:45 pm | 9999-000 | 48,885.84 | | 48,885.84 |
| 10/31/11 | 003004 | Jay A. Steinberg, Trustee 35 East Wacker Drive Suite 1550 Chicago IL 60601 | Trustee Compensation | 2100-000 | | 5,000.00 | 43,885.84 |
| 10/31/11 | 003005 | Clerk of Bankruptcy Court 219 S. Dearborn St., Suite 700 Chicago, IL 60604 | Clerk of the Courts Costs (includes | 2700-000 | | 250.00 | 43,635.84 |
| 10/31/11 | 003006 | Baldi Berg & Wallace 19 S. LaSalle Street Suite 1500 Chicago IL 60603 | Attorney for Trustee Fees (Other Fi | 3210-000 | | 6,000.00 | 37,635.84 |

FORM 2

Page: 4

Exhibit 9

### ESTATE CASH RECEIPTS AND DISBURSEMENTS RECORD

| Case No: | 07-03091 -SPS | | Trustee Name: | JAY A. STEINBERG, TRUSTEE |
|---|---|---|---|---|
| Case Name: | SCHNEIDER, EARL M. | | Bank Name: | BANK OF AMERICA, N.A. |
| | FDBA Estheique Wellness Spa Inc | | Account Number / CD #: | *******2430  BofA - Checking Account |
| Taxpayer ID No: | *******2710 | | | |
| For Period Ending: | 03/05/12 | | Blanket Bond (per case limit): | $ 5,000,000.00 |
| | | | Separate Bond (if applicable): | |

| 1 | 2 | 3 | 4 | 5 | 6 | 7 |
|---|---|---|---|---|---|---|
| Transaction Date | Check or Reference | Paid To / Received From | Description Of Transaction | Uniform Trans. Code | | |
| | | | | | Deposits ($) | Disbursements ($) | Account / CD Balance ($) |
| 10/31/11 | 003007 | Marshal P Morris , assignee J. Schneider<br>2519 Live Oak Lane<br>Buffalo Grove, IL 60089 | Claim 000004, Payment 100.00% | 5100-000 | | 15,716.00 | 21,919.84 |
| 10/31/11 | 003008 | auG Six, LLC/Prairie Glen Med Off.<br>Law office of Kimberly J.Weissman<br>633 Skokie Blvd Suite 400<br>Northbrook,IL 60062 | Claim 000003, Payment 3.21% | 7100-000 | | 9,091.02 | 12,828.82 |
| 10/31/11 | 003009 | Marshal P. Morris assignee J. Schneider<br>2519 Live Oak Lane<br>Buffalo Grove   IL  60089-1877 | Claim 000004A, Payment 3.21% | 7100-000 | | 2,033.13 | 10,795.69 |
| 10/31/11 | 003010 | Chase Bank USA NA<br>PO BOX 15145<br>Wilmington, DE 19850-5145 | Claim 000005, Payment 3.21% | 7100-000 | | 926.79 | 9,868.90 |
| 10/31/11 | 003011 | American Express Travel Related Services<br>Co, Inc Corp Card<br>c o Becket and Lee LLP<br>POB 3001<br>Malvern, PA 19355-0701 | Claim 000006, Payment 3.21% | 7100-000 | | 370.61 | 9,498.29 |
| 10/31/11 | 003012 | Schoenberg Fisher<br>Newman & Rosenberg<br>222 S Riverside Plaza #2100<br>Chicago,IL 60606 | Claim 000007, Payment 3.21% | 7100-000 | | 25.87 | 9,472.42 |
| 10/31/11 | 003013 | Associated Bank N A<br>633 Skokie Blvd 400<br>Northbrook,IL 60062 | Claim 000010, Payment 3.21% | 7100-000 | | 9,472.42 | 0.00 |

LFORM2T4   UST Form 101-7-TDR (5/1/2011) (Page: 14)                                      Ver: 16.05d

FORM 2

Page: 5

**ESTATE CASH RECEIPTS AND DISBURSEMENTS RECORD**

Exhibit 9

| | |
|---|---|
| Case No: | 07-03091 -SPS |
| Case Name: | SCHNEIDER, EARL M. |
| | FDBA Estheique Wellness Spa Inc |
| Taxpayer ID No: | *******2710 |
| For Period Ending: | 03/05/12 |

| | |
|---|---|
| Trustee Name: | JAY A. STEINBERG, TRUSTEE |
| Bank Name: | BANK OF AMERICA, N.A. |
| Account Number / CD #: | *******2430  BofA - Checking Account |
| Blanket Bond (per case limit): | $ 5,000,000.00 |
| Separate Bond (if applicable): | |

| 1 | 2 | 3 | 4 | 5 | 6 | 7 |
|---|---|---|---|---|---|---|
| Transaction Date | Check or Reference | Paid To / Received From | Description Of Transaction | Uniform Trans. Code | Deposits ($) | Disbursements ($) | Account / CD Balance ($) |

Account  *******2430

|   | Balance Forward | 0.00 |   |   |   |
|---|---|---|---|---|---|
| 0 | Deposits | 0.00 | 13 | Checks | 75,025.25 |
| 0 | Interest Postings | 0.00 | 0 | Adjustments Out | 0.00 |
|   |   |   | 0 | Transfers Out | 0.00 |
|   | Subtotal | $ 0.00 |   |   |   |
| 0 | Adjustments In | 0.00 |   | Total | $ 75,025.25 |
| 3 | Transfers In | 75,025.25 |   |   |   |
|   | Total | $ 75,025.25 |   |   |   |

Report Totals

|   | Balance Forward | 0.00 |   |   |   |
|---|---|---|---|---|---|
| 1 | Deposits | 75,000.00 | 13 | Checks | 75,025.25 |
| 18 | Interest Postings | 25.25 | 0 | Adjustments Out | 0.00 |
|   |   |   | 3 | Transfers Out | 75,025.25 |
|   | Subtotal | $ 75,025.25 |   |   |   |
| 0 | Adjustments In | 0.00 |   | Total | $ 150,050.50 |
| 3 | Transfers In | 75,025.25 |   |   |   |
|   | Total | $ 150,050.50 |   | Net Total Balance | $ 0.00 |

LFORM2T4

UST Form 101-7-TDR (5/1/2011) (Page: 15)

Ver: 16.05d